# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2326
_____

ALFRED HAWKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Jason L. Jones, Judge.


June 19, 2024

PER CURIAM.

DISMISSED.

WINOKUR, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Alfred Hawkins, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.